UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| KATRINA DEVONE NELSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 4:18-CV-163-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 34]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 27], DENIES defendant's motion for judgment on the pleadings [D.E. 30], and REMANDS the action to the Commissioner under sentence six of 42 U.S.C. § 40S(g).

**This Judgment Filed and Entered on September 27, 2019, and Copies To:**
Vaughn Stephen Clauson             (via CM/ECF electronic notification)
Elisa Donohoe                      (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK
September 27, 2019                 (By) /s/ Nicole Sellers
                                   Deputy Clerk